In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JACOB RATAFIA, an Attorney and Counselor at Law.— Matter referred to

Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.